NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | | |
|---|---|---|
| JAMIE CAROLE DAVIS, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Case No. 2D19-45 |
| | ) | |
| STATE OF FLORIDA, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

Opinion filed September 4, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; Wayne M. Durden,
Judge.

Jamie Carole Davis, pro se.


PER CURIAM.

   Affirmed.  See Hatten v. State, 203 So. 3d 142 (Fla. 2016); Robinson v.

State, 37 So. 3d 921 (Fla. 2d DCA 2010).



CASANUEVA, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.